DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY WRIGHT** and **WASTE PRO OF FLORIDA, INC.,**
Appellants,

v.

**NGA TRUONG,**
Appellee.

No. 4D22-2208

[July 13, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. CACE19015453.

Charles M-P George of the Law Offices of Charles M-P George, Coral Gables, and Maria E. Dalmanieras of Boyd Richards Parker & Colonnelli, P.L., Miami, for appellants.

Marc B. Hernandez and Lake H. Lytal, III, of Lytal, Reiter, Smith, Ivey & Fronrath, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., FORST and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***